**Norbert J. CEBULA, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2006–3312.

United States Court of Appeals, Federal Circuit.

Sept. 29, 2006.

*ORDER*

Pursuant to the court's September 28, 2006, order, the petitioner having paid the filing fee.

IT IS ORDERED THAT:

1) The court's September 11, 2006, order dismissing the appeal is vacated, the mandate is recalled, and the appeal is reinstated.

2) The petitioner's Statement Concerning Discrimination pursuant to Rule 15c is due no later than October 13, 2006.